JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Dejan_Gantar@fd.org

Counsel for Defendant TIJERINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE TIJERINA,<br><br>Defendant. | **Case No.:** 24-CR-433 PCP<br><br>**STIPULATION TO CONTINUE RESENTENCING; [PROPOSED] ORDER** |

Defendant Louie Tijerina, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeff Backhus, respectfully request that the resentencing scheduled for April 15, 2026 be continued until May 27, 2026.

Mr. Tijerina is currently incarcerated at USP Florence in Colorado. The USMS have informed the parties that Mr. Tijerina will not be transferred to local custody until next month. Accordingly, the parties make the instant request.

Counsel have conferred with U.S. Probation Officer Jasmine Vega, who has no objection to a continuance, and is available on the above date.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
*TIJERINA*, 24-CR-433 PCP

1

JODI LINKER
Federal Public Defender
Northern District of California

DATED: April 9, 2026                    */s/ Dejan M. Gantar*
                                        DEJAN M. GANTAR
                                        Assistant Federal Public Defender

                                        */s/ Jeff Backhus*
                                        JEFF BACKHUS
                                        Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

STIPULATION AND [PROPOSED] ORDER
*TIJERINA*, 24-CR-433 PCP

2

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the resentencing hearing currently scheduled for April 15, 2026 is continued until May 27, 2026.

**IT IS SO ORDERED.**

DATED:  April 10, 2026

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
*TIJERINA*, 24-CR-433 PCP

1