JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Dejan_Gantar@fd.org

Counsel for Defendant TIJERINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 24-CR-433 PCP |
| Plaintiff, | **STIPULATION TO CONTINUE RESENTENCING; [PROPOSED] ORDER** |
| v. | |
| LOUIE TIJERINA, | |
| Defendant. | |

Defendant Louie Tijerina, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Jeff Backhus, respectfully request that the resentencing scheduled for May 27, 2026 be continued until June 17, 2026.

Mr. Tijerina has been transferred from USP Florence in Colorado to the Elmwood Correctional Complex in Milpitas, California. The defense requires additional time to confer with Mr. Tijerina prior to the resentencing and to prepare a submission in advance of the hearing. Accordingly, the parties make this request.

Counsel have conferred with U.S. Probation Officer Jasmine Vega, who has no objection to a continuance, and is available on the above date.

STIPULATION AND [PROPOSED] ORDER
*TIJERINA*, 24-CR-433 PCP

1

IT IS SO STIPULATED.

JODI LINKER
Federal Public Defender
Northern District of California

DATED: May 18, 2026        /s/ Dejan M. Gantar
DEJAN M. GANTAR
Assistant Federal Public Defender

/s/ Jeff Backhus
JEFF BACKHUS
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the resentencing hearing currently scheduled for May 27, 2026 is continued until June 17, 2026.

**IT IS SO ORDERED.**

DATED:  May 19, 2026

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
*TIJERINA*, 24-CR-433 PCP

1